**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 96-7064**

———————

JOHN FRANCIS BRISCOE,

Plaintiff - Appellant,

versus

WILLIAM SMITH, Warden; PARRIS N. GLENDENING,
Governor; KATHLEEN K. TOWNSEND, Lieutenant
Governor; BISHOP L. ROBINSON, Secretary of
Public Safety; RICHARD LANHAM, Parole Commis-
sioner; PAUL DAVIS, Deputy Commissioner; DAN
D. ZACCOGNINI, Commissioner; MICHAEL BLOUNT,
Commissioner,

Defendants - Appellees.

———————

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Deborah K. Chasanow, District Judge. (CA-
95-2791-DKC)

———————

Submitted: October 31, 1997      Decided: November 14, 1997

———————

Before HAMILTON and MICHAEL, Circuit Judges, and BUTZNER, Senior
Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

John Francis Briscoe, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying relief on his 42 U.S.C. § 1983 (1994) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Briscoe v. Smith, No. CA-95-2791-DKC (D. Md. June 7, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED